UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

D'ANDRE J. BURGESS,

    Plaintiff,

v.                                      Case No. 3:22cv5391-LC-HTC

SGT. KILLAM,
OFFICER ARNOLD,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff D'Andre J. Burgess initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. ECF Doc. 1. On April 21, 2022, the Court ordered Plaintiff to, within 14 days, file an amended complaint on the required form and either submit a motion to proceed *in forma pauperis* or pay the $402.00 filing fee. ECF Doc. 3. Plaintiff failed to comply with the April 21 Order in the allotted time. Thus, on May 10, 2022, the Court ordered Plaintiff to show cause within 14 days why this case should not be recommended for dismissal due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 4. To date, Plaintiff has not responded to the May 10 Order to Show Cause or complied with the April 21 Order. Based on the foregoing, dismissal of this action is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an

order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of June, 2022.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:22cv5391-LC-HTC