UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

D'ANDRE J. BURGESS,

    Plaintiff,

v.                                               Case No. 3:22cv5391-LC-HTC

SGT. KILLAM,
OFFICER ARNOLD,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 1, 2022 (ECF No. 5), recommending that this case be dismissed without prejudice due to Plaintiff's failure to prosecute and failure to comply with Court orders. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of July, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv5391-LC-HTC